UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH NELSON STAINE

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

NEW YORK CITY DEPARTMENT OF CORRECTIONS

DEFENDANT NO.1. CAPTAIN EIRSKIN # 342

DEFENDANT NO.2. CAPTAIN SALLEY # 345

DEFENDANT NO.3. CO. J.BRUNO # 17136

DEFENDANT NO.4. CAPTAIN COMACHO # 1242

DEFENDANT NO.5. CAPTAIN RICHARDS # 829    "SEE ATTACHED"

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/10

PRO SE OFFICE

AMENDED
COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint) 550

Jury Trial: ☑ Yes  ☐ No
(check one)

10 Civ. 1539 (DAB)

2010 JUL 13  P 3: 11
RECEIVED
SDNY PRO SE OFFICE

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff      Name      KEITH N. STAINE
               ID #      113090 1164
               Current Institution      OTIS BANTUM CORRECTION CENTER
               Address      16-00 HAZEN STREET
                            EAST ELMHURST N.Y. 11370-1390

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

*Rev. 05/2007*

1

New Defendants
Added
See 1st + 2nd
+ 3rd Pages

DEFENDANT NO. 6. NAME CAPTAIN CRUZ SHIELD# 1207
WHERE CURRENTLY EMPLOYED NEW YORK CITY DEPARTMENT OF CORRECTIONS
ADDRESS 16-00 HAZEN STREET
East Elmhurst N.Y. 11370

DEFENDANT NO 7. NAME CAPTAIN L. HARPER SHIELD# 1670
WHERE CURRENTLY EMPLOYED NEW YORK CITY DEPARTMENT OF CORRECTIONS
ADDRESS 16-00 HAZEN STREET
East Elmhurst N.Y. 11370

DEFENDANT NO. 8. NAME CO. CASON SHIELD# 14147
WHERE CURRENTLY EMPLOYED NEW YORK CITY DEPARTMENT OF CORRECTIONS
ADDRESS 16-00 HAZEN STREET
East Elmhurst N.Y. 11370

DEFENDANT NO 9. NAME CO. ROBERTS SHIELD# 18579
WHERE CURRENTLY EMPLOYED NEW YORK CITY DEPARTMENT OF CORRECTIONS
ADDRESS 16-00 HAZEN STREET
East Elmhurst N.Y. 11370

DEFENDANT NO. 10. NAME John DOE SHIELD# ONE (UNKNOWN)
WHERE CURRENTLY EMPLOYED NEW YORK CITY DEPARTMENT OF CORRECTIONS
ADDRESS 16-00 HAZEN
East Elmhurst N.Y. 11370

DEFENDANT NO. 11. NAME John DOE SHIELD# 9535
WHERE CURRENTLY EMPLOYED NEW YORK CITY DEPARTMENT OF CORRECTION
ADDRESS 16-00 HAZEN Street
East Elmhurst N.Y. 11370

DEFENDANT NO. 12. NAME CO. BROWNER SHIELD#
WHERE CURRENTLY EMPLOYED NEW YORK CITY DEPARTMENT OF CORRECTION
ADDRESS 16-00 HAZEN Street
East Elmhurst N.Y. 11370

Defendant No. 1

Name _CAPTAIN. EIRSKIN_  Shield # _342_

Where Currently Employed _New York City Department of Correction_

Address _16·00 HAZEN Street_

_East Elmhurst NY. 11370_

Defendant No. 2

Name _CAPTAIN. SALLEY_  Shield # _345_

Where Currently Employed _NEW YORK CITY DEPARTMENT OF CORRECTION_

Address _16-00 HAZEN Street_

_East Elmhurst NY. 11370_

Defendant No. 3

Name _C.O. J. BRUNO_  Shield # _17136_

Where Currently Employed _NEW YORK CITY DEPARTMENT OF CORRECTIONS_

Address _16-00 HAZEN Street_

_East Elmhurst NY. 11370_

Defendant No. 4

Name _CAPTAIN COMACHO_  Shield # _1242_

Where Currently Employed _NEW YORK CITY DEPARTMENT OF CORRECTIONS_

Address _16-00 HAZEN Street_

_East Elmhurst N.Y. 11370_

Defendant No. 5

Name _CAPTAIN RICHARDS_  Shield # _829_

Where Currently Employed _NEW YORK CITY DEPARTMENT OF CORRECTIONS_

Address _16-00 HAZEN Street_

_East Elmhurst N.Y. 11370_

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? _IT OCCURED IN OTIS BANTUM CORRECTION CENTER 16-00 HAZEN STREET EAST ELMHURST NEW YORK 11370._

B. Where in the institution did the events giving rise to your claim(s) occur? _IT HAD INITIAlly STARTED IN 2 UPPER AND I WAS SENT BY WAY OF MY I.D. Not Returned to me [THREE OTHERS WHOM HARRASED ME PERSONNALLY CAPTAIN SALLEY Another JOHN DOE #6) From the First Complaint A5 CO.BROWNER John DE#1 WHOM HAD Assaulted me on 7/28/2009 AND John DOE #9535 HAD me Extracated & taken And Along with CO.BROWNER and Captain salley had done a strip search so me & sending me out Alone_

C. What date and approximate time did the events giving rise to your claim(s) occur? _I had been systematic-ally targeted from 7/28/2009 on the day of my assault I was visited by Captain Selley AFTER, at the Law Library where I had worked and a Special Search team by Captain Eirskin Comprised of only (5) security (Huge) officers to Intimidate me he had also did a Seava of the Law library and of (my self) me THE plaintiff Again to show their Pe-_

D.    Facts: While on Rikers Island I was Assaulted twice. The first time on 7/28/2009 at Dorm 3upp
in O.B.C.C. Bantum Correction Center (O.B.C.C.) I have witnesses whom had heard and seen the Assault
An Officer whom was with captain ERSKIN #342 whom is listed as John DOE #(1). I was then follow-
ed and harrassed by Captain ERSKIN AND his SECURITY TEAM because he never gave me back
my ID, and was Able to track me. HE Then sent a Security team with Captain Salley #345,
John DOE # 9535, AND CO. BROWNER whom was all apart of an Illegal Strip Search in
Dorm 3upper as I had just moved from Dorm 3upper. I also have witnesses for that
occassion my Commasery bin was tossed all over my sheet. I was told to strip (search)
In a dorm full of men whom many did not listen to Captain Salley #342, John DOE
# 9535, OR CO. BROWNER; Only (3) three Interrogated me and Humiliated my by way of Inti-
-midation in Dorm 3upper, while on Dorm 3upper I worked at the library and as soon as
I started Captain ERSKIN DID a 3 man Security Search (team) of the library as to Inti-
-midate me as well and blet me know he Calls the Shots, Captain Salley whom came at the
Law Library to Insult me some more and tell me, it was him who did the search on 3 upper, I
seen all their face but did not Know their names he Addressed him self as Captain-
Salley; And Again the very next I was moved the next morning Captain Salley
John Doe # 9535, and CO. BROWNER who's shield was Involved in a Search
on annex at 5 West and Captain Salley's Name is Involved in the ticket which
Sent me to the Box/CPSU. And I was extracated and pulled out of Cell whom had did the
Search was Co. John Doe # 9535; whom Captain Salley # 345 and John DOE
# 9535 Had stalked/Harrassed; Involved in Curroption and In felsibcation of
Legal Document and organized corruption, I have a witness whom saw the Search
on 5 West at Anney and Can verify that the writer never witnessed and of the
Claimed especially on my ticket which sent me to the Box, and which Involves Captain Cruz the
Video for this event on 10/6/2009 and for 12/30/2009 of the Housing unit and at the salley Port jettin the Cold
III.  Injuries: Later Because no Invisigation was Done and whom recited word for word the writer
      If you sustained injuries related to the events alleged above, describe them and state what medical
      treatment, if any, you required and received. I was Assaulted and Sustained Bracture to the
      Skull on the Left side of the face above the eye (on the temple) and also
      Spinal Injury around the L/S Lumbar to the 5th Sacral Vertibrate, I Recieved
      only tylenol at the Clinic of O.B.C.C; Motrin (tas) 400mg and Robaxin (tas) 500mg, I am
      also traumatised (psycogol) Suffering from being Injured, harrassed, Stalked, Defeated and sent to
      CPSU/The Box and had believe that the NYS DOCs and NYC DOCs are Involved with the NYS and
      NYC Court in Racketeering (R.I.C.O.) As my case was a simple self defense case I defended myself
      and I ended up having to Do time Including being Assaulted more than once.

IV.    **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be
brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a
prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are
available are exhausted." Administrative remedies are also known as grievance procedures.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

       Yes ___✓___  No _____

Rev. 05/2007

                                              3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

AT OTIS BANTUM CORRECTION CENTER AND AT ITS ANNEX.

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ____   Do Not Know ____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ✓   Do Not Know ____

If YES, which claim(s)?  none

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ____   That I WAS ABLE TO HAVE THE ASSAULT DOCUMENTED AS A USE OF FORCE BEFORE ALTHOUGH I ASKED FOR AN INCIDENT REPORT AND WAS NOT ALLOWED TO WRITE ONE, FOR THE

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ☒   No ✓

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance?

I FILED A GRIEVANCE AT THE INSPECTOR GENERAL NYC. ON BEING ASSAULTED AND OTHER GRIEVANCES AT NYC DOCS AT THE CORRECTIONAL FACILTY WHERE I WAS LISTED AS O.B.C.C. 16-00 HAZEN STREET.

1.   Which claim(s) in this complaint did you grieve?  I GRIEVED THE ASSAULT, HARRASMENT,

MENIPULATION OF NYC DOCS EMPLOYEES INVOLVED IN ORGANIZED CORRUPTION AND STALKING.

2.   What was the result, if any?  A PREVIOUS INVESTIGATION STARTED WITH THE INSPECTOR

GENERAL ON THE ASSAULT AND I WAS IN CPSU / THE BOX. REALIZED THAT I WAS TARGETED TO BE PLACED IN CPSU / THE BOX, FEARING RETALIATION I WROTE MY WIFE ABOUT INCIDENT AND PROHIBITION I TOLD HER TO CALL THE DIVISION OF SAFETY THE NUMBER SHE CALLED I.G. AND RECEIVED A PROCESSING NUMBER.

3.   What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process.  I HAD GRIEVED GRIEVANCE INVOLVMENT AS ORGANIZED CORRUPTION; AND ALSO TO HAVE DOCTORS OPINION AS I WAS SCHEDULED FOR X-RAYS AND WAS NOT ALLOWED TO TAKE THEM UNTILL DAYS LATER AS NURSE AND NYC DOCS STAFF CAUSED ME TO BE PHD TO THE BOX/CPSU. AND WAS ALSO TOLD BY ONE OF THE NURSE I THE BX/CPSU. SAID I COULD NOT SO I FILED A GRIEVANCE FOR A "SECOND OPINION", AND I WAS NOT CALLED SO I Filed ANOTHER GRIEVANCE I CALLED I.G. AND WAS GIVEN A processing # OR # 1/2009 BEFORE I WAS Harrased AND ticketed by John Doe # 9535 on 11/06/2009 WHO was STRIPED previously with Captain Selva # 345 DID A HARRASMENT SEARCH. TOLD EVERY ONE TO LIE ON THEIR STOMACH WHILE I SEARCHED AND MY COMMISSARY GOODS

F.   If you did not file a grievance:  TURNED OVER AND STEPPED ON AND MY RALPH LAUREN BELT WAS TAKEN AND NEVER RETURNED I WAS HARRASSED FROM AFTER THE ASSAULT by John DOE (WHEN I WAS FROM 8/7/09 AND ASSAULTED AGAIN BY BRUNO # 17786 CH. 12/31/2009. I WAS PHD AND HARRASSED WITHOUT SEEING ANY DOCTOR.

1.   If there are any reasons why you did not file a grievance, state them here:  I HAD FILED

A LOT OF GRIEVANCE ABOUT BEING HARRASSED, ABOUT MY I.D. TAKEN AND

NEVER RETURN ABOUT MONEY TAKEN FROM MY ACCOUNT FOR ANOTHER ONE,

AND ON QUALIFIED PROFESSIONAL OPINION AS I AM REQUIRED TO SEE A

DOCTOR WHEN INVOLVING SPINAL AND SKULL INJURY AND WAS NOT ALLOWED

TO DO SO AND WAS ONLY SEEN BY A NURSE WHOM MADE ANOTHER INJURY REPORT AND I SAW THE NURSE AFTER 6 HOURS LATER AND PLACED IN THE C.P.S.U./THE BOX STRAIGHT. FIRST FOR 4 HOURS AND 15 MINUTES AND PLACED IN THE C.P.D.

2.   If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any.  I HAD REQUESTED THAT THE OFFICER BE IDENTIFIED AND I HAD INFORMED CAPTAINS ON # 8842 On the day of the first Assault on July 28, 2009 (7/28/09). I Filed out an Incident Report and a use of force report. I made the formal report to I.G. too Around the 8/2/09 and received a processing number later. After the Second Assault I was phd on 12/31/2009 and was not allowed to used the phone I spent the next day on 1/1/10 In cpsu/The Box Intake and on the first I was returned to the Box from the 1/1/10 - I was not allowed to use the phone for 4 days As I Became the enemy of Doc (while on phd prehearing detention) I was searched About (5) times,

informed, when and how, and their response, if any: I.G. visited me after I was given
A processing Number. I had Grieve With IGRC (Grievances) and one
was answered In CPSU./The Box as well as With The Board of Correction
to rectify the Situation with being prohibited from recieving Library
materials and Co. case on # 14147 had still manipulated the process and never
brought the library materials requested for and also informed captain salley
#345 about my Intended lawsuit and did not send my paperwork until 3 weeks later

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies. I had Grieved the Incidents and all Incidents Involving captain
ERSKIN AND OTHER officers OFF SPECIAL SECURITY team Such as Captain
Salley and John doe # 9535 XCO. BROWNE #546 (John Doe #3) Upon working at the law
Library had visited me to Also Intimidate me as well and another time
while working for the law library as I was Asked to Help to clean out
the Jym. Ran tracks Around me while at the Jym Helping another
Captain. who had asked The officer Incharged at the law Library that
I should help at the Jym. I also asked my wife to make a report to I.G.
CPSU./The Box because no calls could be made to I.G. (Inspector General).

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.

V.      Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount). I am Seeking compensation in this lawsuit
as a Federal Civil Suit from civil cover sheet under # 550 on prisoners civil Rights
under (PLRA). for Organized corruption, Harrasment, Stalking, Official misconduct,
Invasion of privacy of legal paperwork (Documents) Cruel and unusual punishment
and for falsification of legal Document And falsification of An Accusitory Instrument.
in the Amount of #1658340.00. I had recieved Spinal Injury, Skull fracture which
has Cause Blurred Vision and permanent damage both to my eyes facil Indent
to the Skull and Spine. For stripping without a Curtain In a Room full of
Inmates Some were looking even though they were told not to and for being left
In the Cold with only a Shirt onn and no Sox In Cold of about 30° Degree
weather In the middle of winter. I would also like That Captain L. Har
-per # 1670 Be charged for official misconduct "Cruel and unusual punishment"
other than punitive segregation and for being Seen Six hours later than Injury
and Assault took place and for Injuries not been Looked at by a Doctor of
Radiologist for almost (7) Days later and for Grievance for Skull and Spinal
Injury X-Ray have not been done until Intake of being Sentenced (after) and move
to Downstate on 04/14/2010; And for false Accusitory Instrument one wich is Thca
-sistant to use of force Captain Richards #989 whom were the officer of Incident on
the 3:00 p.m. - 11:00 p.m. whom did not witness by her Statements on use of force and how Captain
L. Harper # 1670 the captain of the 11:00p.m = 7:00 a.m. made Accusitory Statments
of which never happened except me being Assaulted by CO. J. Bruno # 17136, whom
was not on duty at the time That Is Captain L. Harper was not present by which State
-ents I was PHD'ed by which Criminal charge was bangd up on 2/8/2010 nearly
39 Days Later. I am psycologically traumatized because I also beleve that The Court
and DOC, N.Y.S and NYC Is Involved In Packageing and my case was a Simple Self
Defense Case and went through Help both In the Courts and In DOCS I had no prior
Felony Case or Convictions; I An Emotionally and psycology traumatized from
former complaint for Cruelty #22,000.00 - was left In the Cold for (3) hours at Sely port of
for Harrasment & Intimidation (Stalking) #7,000.00 (O.B.C.I.) for Continual Stalking/Harrasment for over 9 months
for Injury to Skull #188,000.00 - I have a permanent Indent and Injury to the Skulls outer
for Injury to Skull #188,000.00 - for Relieving Injury in Organs and Planned way.
for Injury to Ear #243,340.00 - I now use hearing Aid and have hearing problems etc.
for Injury to Eyes #1000,000.00 - And There is Serious Injury Caused To The eyes Trauma.
for a total of - #1,658,340.00 In Compensation of Injuries and Cruelty
Harrasment & Intimidation (by Stalking while as a Prisoner/Detainee), for Injuries
and trauma (and psychological trauma) while still suffering from pain of —
Injuries.

Rev. 09/2007

VI.    Previous lawsuits:

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _None_____

Defendants _N/A_____

2.    Court (if federal court, name the district; if state court, name the county) _____
_____N/A_____

3.    Docket or Index number _____None_____

4.    Name of Judge assigned to your case __N/A_____

5.    Approximate date of filing lawsuit _____None / N/A

6.    Is the case still pending? Yes ____ No ✓
       If NO, give the approximate date of disposition ___None N/A_____

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __N/A_____
_____
_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _None_____

Defendants _____N/A_____

2.    Court (if federal court, name the district; if state court, name the county) _N/A_____
_____None_____

3.    Docket or Index number _____N/A   None_____

4.    Name of Judge assigned to your case ____N/A_____

5.    Approximate date of filing lawsuit _____None / N/A

6.    Is the case still pending? Yes ____ No ✓
       If NO, give the approximate date of disposition ____None N/A_____